29781

MORTON & CRAIG LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: (856)866-0100
Attorney for: JP Morgan Chase Bank NA
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | ) Case No. 09-12879(MS) |
| | ) |
| JORGE GOMEZ | ) CHAPTER 13 |
| | ) |
| MARGARITA GOMEZ | ) Hearing Date: |
| | ) |
| | ) CERTIFICATION IN SUPPORT OF |
| | ) |
| | ) MOTION OF THE JP MORGAN CHASE |
| | ) |
| | ) BANK NA FOR RELIEF FROM THE |
| | ) |
| | ) AUTOMATIC STAY |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

AUDREY GALE certifies as follows:

1. I am employed by JP Morgan Chase Bank NA ("Chase") and am
   familiar with the facts of this case.

2. On 2-13-07 the debtors executed a Retail Installment Sales
   Contract for the purchase of a 2006 CHRYSLER 300 more
   particularly described in the following paragraph.  The
   contract was assigned to Chase and the debtors became indebted
   to Chase in accordance with the terms of same.  To secure
   payment of the contract, the debtors caused the title to the
   vehicle to be delivered to Chase.  As a result, Chase is the
   holder of a first purchase money security interest encumbering
   the vehicle. True copies of the contract and title are annexed

29781

hereto as exhibits A and B.  Chase has merged with JP Morgan
and Bank One.

3. The following information sets forth the make, model and
serial number of the vehicle, the original terms of the
contract, the average retail and trade-in value of the
vehicle, and the current status of the debtors' loan:

A. Make, model and serial number of motor vehicle:

   2006 CHRYSLER 300

   Serial number:  2C3KA43R56H62888

B. Original contract terms:

   (i) Total of payments: $21138.60

   (ii) Term: 60 months

   (iii) Monthly payment: $352.31

   (iv) First payment due:  3-30-07

C. Average retail value: $12825*

   Average trade in value:  $9875*

   *values derived from NADA Official Used Car Guide, SEPTEMBER
2009

D. Delinquency status: **The debtors have made only two payments
   of $352.31 post-petition, on 4-8-09 and 6-2-09.  The debtors
   are therefore past due post-petition from 5-1-09 to 9-1-09
   in the amount of $1761.55 not including late charges.**

E. Statement of amount due

   i. Loan balance:   $10407.92 plus per diem interest and such
      counsel fees and costs associated with this motion as may
      be ordered by the court

29781

4. JP MORGAN CHASE BANK NA demands stay relief for the following
   reasons:

   a. The debtors are failing to make loan payments and are
      failing to provide Chase with adequate protection.


   I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.
   I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY
   ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.


   Dated:  9-17-09


                                    _____
                                    AUDREY GALE

# CHASE ◯

**NEW JERSEY RETAIL INSTALLMENT CONTRACT**   Date _____ 02/13/2007

NOTE - A TABLE OF CONTENTS FOR THIS CONTRACT APPEARS AS PARAGRAPH NO. 38 ON THE REVERSE SIDE

1. NATURE OF CONTRACT: ☐ If this box is checked, this is a simple interest contract WITH a "Balloon Payment" as the last scheduled payment. (The Balloon Payment option is not available if the cash price of the vehicle is $10,000 or less.) If this box is not checked, this is a simple interest contract WITHOUT a "Balloon Payment" as the last scheduled payment.

| Buyer (and Co-Buyer) Name and Address (Include County and Zip Code) | Seller (Creditor) Name and Business Address |
|---|---|
| JORGE GOMEZ 21 HUGO AVE WEST PATERSON NJ 07424 | TETERBORO CHRYSLER/PLYMOUTH 469 ROUTE 46 LITTLE FERRY NJ 07643 Phone Number _____ |

2. WHO IS BOUND: You, the Buyer (and Co-Buyer if any), may buy the vehicle described below for cash or on credit. By signing below, you choose to buy the vehicle on credit under the terms on the front and back of this Contract and are individually liable for any amount due. In this Contract, "we", "us", and "our" mean the Seller named above and, after assignment and acceptance, the Seller's assignee, JPMorgan Chase Bank, N.A., acting on its own or as agent for an affiliated entity (and any subsequent assignee).

3. DESCRIPTION OF VEHICLE. You agree to buy and we agree to sell the following vehicle.

| New, Used or Demo | Year | Weight (lbs.) | Make and Model | Body Type | Vehicle Identification No. | Key No. | Use for Which Purchased |
|---|---|---|---|---|---|---|---|
| USED | 2006 | | CHRYSLER 300 | 4DR A | 2C3KA43R56H362888 | GOMEZ | – personal – business – agricultural |

If truck – Describe body, gross vehicle weight and major items of equipment sold.

N/A

4. NOTICE TO BUYERS OF USED OR DEMONSTRATION VEHICLES. The information you see on the window form for this vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.

5. ── FEDERAL TRUTH-IN-LENDING DISCLOSURES ──

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS | TOTAL SALE PRICE |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. | The total cost of your purchase on credit, including your downpayment of $ 9350 38 |
| 23.25 % | $ 8823 83 | $ 12314.77 | $ 21138 60 | $ 30488 98 |

PAYMENT SCHEDULE. Your payment schedule will be ___60___ monthly payments of $ ___352 31___ each, due on the same day of each month starting on ___03/30/2007___.

BALLOON PAYMENT. If this Contract is checked with "Balloon Payment" above, your payment schedule will be ___N/A___ monthly payments of $ ___N/A___ each, due on the same day of each month starting on ___N/A___, and then your last payment will be $ ___N/A___ due on _____.

PREPAYMENT. You have the right to pay off the Contract early. If you do so, you will not have to pay a penalty.

SECURITY. You are giving us a security interest in the motor vehicle being purchased.

LATE FEE. If a payment is more than 10 days late, you may be charged $10.00.

OTHER TERMS. Please read this Contract, including the reverse side, for additional information on security interests, nonpayment, default, and our right to require prepayment in full before the scheduled maturity date.

6. ── ITEMIZATION OF THE AMOUNT FINANCED ──

1. Cash Price (including any accessories, installation of accessories, and sales taxes of $ ___1364 65___ y) $ 20859 65
2. Downpayment
   A. Net Trade-in $ N/A
      Your Trade-in is a _____ Year / Make / Model
   B. Cash Downpayment $ 9350 38
   C. Total Downpayment (A + B) $ 9350 38
3. Unpaid Balance of Cash Price (1 – 2C) $ 11509 27
4. Other Charges Including Amounts Paid to Others on Your Behalf:
   A. Cost of Optional Credit Insurance for the Term(s) Specified in the "Credit Insurance" Paragraph of this Contract Paid to the Insurance Company (s) Named Below
      Life $ N/A    Disability, Accident and Health $ N/A    $ I request Optional Gap coverage under the terms in Section 31 and for the amount shown. N/A In Section 4E, if no amount is shown and you have not agreed to pay it, it is N/A
   B. Official Fees Paid to Government Agencies

PAGE 09/13     CHASE BANK     6022213756     07:03  09/17/2009

Case 09-12879-MS    Doc 10-1    Filed 03/11/09    Desc Main Document    Page 3 of 4

| | | | | | Buyer's and Co-Buyers Initials |
|---|---|---|---|---|---|
| D. Government Certificate of Title Fees | | | | $ N/A | |
| E. Other Charges (Describe who will receive payment and purpose) | | | | | |
| To ALL ONE CAR | For Optional Gap Coverage | | | $ 600·00 | X |
| To N/A | For N/A | | | N/A | |
| To TETERBORO CHRYSLER/PLYM | DOC FEE | | | 148·00 | |
| To N/A | For N/A | | | N/A | |
| To N/A | For N/A | | | N/A | |
| To N/A | For N/A | | | N/A | |
| To N/A | For N/A | | | $ N/A | |
| F. Total Other Charges and Amounts Paid to Others on Your Behalf (A + B + C + D + E) | | | | $ 805·50 | |
| 5. Amount Financed – (Unpaid Balance) (3 + 4F) | | | | $ 12314·77 | |

** We may retain or receive a portion of these amounts

7   **PROMISE TO PAY**  You promise to pay us the Amount Financed shown above, plus a Finance Charge determined by applying a daily rate of 1/365ths of the Annual Percentage Rate shown above to the unpaid balance of the Amount Financed each day

8   **PAYMENTS BEFORE OR AFTER DUE DATE**  This is a simple interest contract. This means that the amount of the Finance Charge shown above may vary depending upon when your payments are received. If no late charge and/or returned check charge is owed, we credit each payment first to accrued Finance Charge and then to the unpaid balance of the Amount Financed. If a late charge and/or returned check charge is owed, we credit each payment first to accrued Finance Charge, then to the scheduled unpaid balance of the Amount Financed, then to unpaid late charge and/or returned check charge, and then to the unpaid balance of the Amount Financed. We compute your Finance Charge each day on the unpaid balance of the Amount Financed. The earlier you make payments before their due dates, the less Finance Charge you will owe. The later you make payments after they are due, the greater the Finance Charge. We will send you a check for any amount owed you (if it is $1.00 or more) after you make your last payment; we will advise you of any additional amount owed (if it is $1.00 or more)

9   **BALLOON PAYMENT**  IF THIS CONTRACT IS CHECKED WITH "BALLOON PAYMENT" ABOVE, THIS CONTRACT IS NOT PAYABLE IN INSTALLMENTS OF EQUAL AMOUNTS. THE LAST SCHEDULED PAYMENT IS SUBSTANTIALLY LARGER THAN EACH OF THE OTHER SCHEDULED PAYMENTS. The due date and amount of this last scheduled payment are shown above. That amount may be less than what we estimate the vehicle will be worth at the time such payment is due. Paragraph 10 appearing on the reverse entitled "LAST PAYMENT OPTIONS" applies and the odometer reading referred to in Section (B)(4) of such paragraph is _____ N/A _____ miles.

10  **LOCATION OF VEHICLE**  The vehicle will be kept at the above address of the Buyer unless another address is listed

N/A

_____
(Street and Town)

---------------------------- CREDIT INSURANCE ----------------------------

11  Credit life and credit disability, accident and health insurance are not required to obtain credit and will not be provided under this Contract unless you sign for them and agree to pay the additional cost. The policies or certificates issued by the insurer will describe the terms and conditions in further detail.
If you want the following insurance, sign below

Life  ☐ Buyer  Co-Buyer  Both) at a premium of $ _____ N/A _____ for a term of _____ N/A _____

Credit Life insurance will pay your debt on this Contract up to $ _____ N/A _____

Disability, Accident and Health (Buyer Only) at a premium of $ _____ for a term of _____ N/A _____

Credit disability, accident and health insurance will pay your debt on this Contract up to $ _____ N/A _____

The name of the insurer is _____  of  _____
Name                              Home Office Address

Buyer Signature _____  Date  Co-Buyer Signature _____  Date

12  **PROPERTY INSURANCE.**  Insurance coverage for loss of damage to the vehicle (collision, fire and theft) is required and you have the option of furnishing the required insurance either through your existing policies or you may purchase equivalent insurance coverage through anyone you wish acceptable to the Seller. If you elect to purchase this coverage through the Seller it will be furnished by _____ N/A _____ for the initial term of _____ N/A _____ at a premium of _____ N/A _____ but such charge is not included in this Contract.

13  THIS DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE, YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge

BY SIGNING THIS CONTRACT, YOU ACKNOWLEDGE THAT IT CONTAINS AN "AGREEMENT TO ARBITRATE DISPUTES" ON THE REVERSE SIDE, THAT YOU HAVE READ IT AND AGREE TO ITS TERMS.

IMPORTANT READ THE ADDITIONAL TERMS ON REVERSE SIDE BEFORE SIGNING BELOW

14  **ACKNOWLEDGEMENT**  You acknowledge that you have read both sides of this Agreement, agreed to all terms, and received a completed copy of it signed by Seller.

**NOTICE TO RETAIL BUYER**  Do not sign this contract if blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

15  Buyer Signs _____    Co-Buyer Signs _____

Seller (Creditor) Signs _____    By signing here, the Seller agrees to the terms of this Contract and assigns this Contract to Seller's assignee under the terms agreed to by Seller and Seller's assignee.

FORM NO. CAPR-NEW JERSEY  REV. 2/96  Pg. 1005
© 2006 JPMorgan Chase Bank, N.A.

CHASE COPY

