Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  070041550
973-227-2840
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
JORGE GOMEZ
MARGARITA GOMEZ

Case No.:  09-12879MS

**CERTIFICATION IN SUPPORT OF DEFAULT**

I, Jackie Michaels, being of full age certify that:

    1.   I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

    2.   The above Chapter 13 petition was scheduled for a Confirmation/Motion Hearing before The Honorable MORRIS STERN.

    3.   On 4/21/2010, Judge MORRIS STERN ordered that the debtor(s) herein was not to be more than 30 days in default with respect to their Chapter 13 payments.

    4.   In the event the debtor(s) did not make said payments, the Standing Trustee may file a certification and an Order to dismiss the instant Chapter 13 petition.

    5.   The last payment was received on 09/20/2010, and the debtor(s) are currently delinquent in the amount of $1,257.94.

    6.   This certification is being made pursuant to said Order.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, that I am subject to punishment.

Dated:  November 09, 2010

By:  /S/ Jackie Michaels
      Jackie Michaels
      Administrator